ROB BONTA, State Bar No. 202668
Attorney General of California
ANYA M. BINSACCA, State Bar No. 189613
Supervising Deputy Attorney General
JAY C. RUSSELL, State Bar No. 122626
JANE E. REILLEY, State Bar No. 314766
Deputy Attorneys General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 510-3617
 Fax:  (415) 703-5843
 E-mail:  Jay.Russell@doj.ca.gov
*Attorneys for Defendants*
*Sonya Christian, in her official capacity as Chancellor of the California Community Colleges; Amy M. Costa, Hildegarde B. Aguinaldo, Darius W. Anderson, Adrienne C. Brown, Tom Epstein, Felicia Escobar Carrillo, Jolena M. Grande, Pamela Haynes, Eleni Kounalakis, Harry Le Grande, Paul Medina, Jennifer L. Perry, Bill Rawlings, Mary H. Salas, Blas Villalobos, and Joseph R. Williams, in their official capacities as members of the Board of Governors of the California Community Colleges*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LOREN PALSGAARD, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**SONAYA CHRISTIAN, et al.,**<br><br>Defendants. | 1:23-cv-01228-ADA-CDB<br><br>**DEFENDANTS' OPPOSITION TO ADMINISTRATIVE MOTION FOR LEAVE TO FILE OVERSIZED BRIEF** |

Defendants Sonya Christian, in her official capacity as Chancellor of the California Community Colleges, and Amy M. Costa, Hildegarde B. Aguinaldo, Darius W. Anderson, Adrienne C. Brown, Tom Epstein, Felicia Escobar Carrillo, Jolena M. Grande, Pamela Haynes, Eleni Kounalakis, Harry Le Grande, Paul Medina, Jennifer L. Perry, Bill Rawlings, Mary H. Salas, Blas Villalobos, and Joseph R. Williams, in their official capacities as members of the

Board of Governors of the California Community Colleges, oppose Plaintiffs' administrative motion for leave to file an oversized brief. Plaintiffs in the matter of *Johnson v. Watkin*, Eastern District of California Case Number 1:23-cv-00848-ADA-CDB, filed a Motion for Preliminary Injunction supported by a brief making essentially the same allegations and arguments asserted in Plaintiffs' proposed brief here, without exceeding the page limits set under paragraph I.c. of this Court's Standing Order in Civil Actions. Accordingly, Defendants submit that good cause has not been shown for leave to file an oversized brief.

If this Court does grant leave, Defendants request that they be permitted to file a similarly sized brief in opposition to the Motion for Preliminary Injunction.

Dated:  August 24, 2023                                           Respectfully submitted,

ROB BONTA
Attorney General of California
ANYA M. BINSACCA
Supervising Deputy Attorney General


*/s/ Jay C. Russell*
JAY C. RUSSELL
JANE E. REILLEY
Deputy Attorneys General
*Attorneys for Defendants Sonya Christian, in her official capacity as the Chancellor of the California Community Colleges; Amy M. Costa, Hildegarde B. Aguinaldo, Darius W. Anderson, Adrienne C. Brown, Tom Epstein, Felicia Escobar Carrillo, Jolena M. Grande, Pamela Haynes, Eleni Kounalakis, Harry Le Grande, Paul Medina, Jennifer L. Perry, Bill Rawlings, Mary H. Salas, Blas Villalobos, and Joseph R. Williams, in their official capacities as members of the Board of Governors of the California Community Colleges*

SA2023304307
43849650.docx

## CERTIFICATE OF SERVICE

Case Name: **_Palsgaard, Loren, et al. v. Sonya Christian, et al._**   Case No. **1:23-cv-01228-ADA-CDB**

I hereby certify that on <u>August 24, 2023</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

- **DEFENDANTS' OPPOSITION TO ADMINISTRATIVE MOTION FOR LEAVE TO FILE OVERSIZED BRIEF**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>August 24, 2023</u>, at San Francisco, California.

M. Mendiola
Declarant

_M. Mendiola_
Signature

SA2023304307
43850437.docx