1  DANIEL M. ORTNER (California State Bar No. 329866)
2  daniel.ortner@thefire.org
   FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION
3  510 Walnut Street, Suite 1250
   Philadelphia, PA 19106
4  Telephone: (215) 717-3473
   *Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DISTRICT**

| | |
|---|---|
| LOREN PALSGAARD, ET AL., | Civil Action No.: 1:23-cv-01228-ADA-CDB |
| *Plaintiffs*, | |
| v. | **NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT GERARDO REYES UNDER FED. R. CIV. PRO. 41(a)(1)(A)(i)** |
| SONYA CHRISTIAN, ET AL., | |
| *Defendants.* | Judge: The Honorable Ana de Alba |

1

NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT GERARDO REYES

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs voluntarily dismiss the above-titled action without prejudice against Defendant Gerardo Reyes.

Dated: August 28, 2023

Respectfully submitted,

/s/ Daniel M. Ortner
DANIEL M. ORTNER (California State Bar No. 329866)
daniel.ortner@thefire.org
FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION
510 Walnut Street, Suite 1250
Philadelphia, PA 19106
Telephone: (215) 717-3473
*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I, Daniel M. Ortner, hereby certify that on August 28, 2023, I submitted the foregoing to the Clerk of the Court via the District Court's CM/ECF system. Notice of this filing will be sent by operation of the Court's electronic filing system to counsel for the State Defendants and they may access this filing through the Court's electronic filing system. This document will be served via email to Kirsten Corey (kirsten.corey@scccd.edu) the General Counsel of State College Community College District who is authorized and has agreed to accept service on behalf of the District Defendants.

/s/ Daniel M. Ortner
DANIEL M. ORTNER