DANIEL M. ORTNER (California State Bar No. 329866)
daniel.ortner@thefire.org
FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION
510 Walnut Street, Suite 1250
Philadelphia, PA 19106
Telephone: (215) 717-3473
*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
## FRESNO DISTRICT

| | |
|---|---|
| LOREN PALSGAARD, ET AL., <br><br> *Plaintiffs*, <br><br> v. <br><br> SONYA CHRISTIAN, ET AL., <br><br> *Defendants*. | Civil Action No.: <br> 1:23-cv-01228-ADA-CDB <br><br> **DECLARATION OF DANIEL M. ORTNER REGARDING SERVICE** <br><br> Judge: The Honorable Ana de Alba |

I, Daniel M. Ortner, declare the following:

1. On August 17, 2023, this Court issued an order setting a mandatory scheduling conference for December 5, 2023 at 9:30 a.m. at the United States Federal Courthouse in Fresno, CA. Dkt. 10 at 1.

2. The order required Plaintiffs to promptly provide Defendants with notice of the scheduling conference. Dkt. 10 at 2.

3. On August 29, 2023, I sent the Court's order (Dkt. 10) and attachments (Dkt. 10-1−10-3) via email to Jay C. Russell, counsel for Sonya Christian and the members of the Board of Governors, at Jay.Russell@doj.ca.gov and to Kirsten Corey, General Counsel of State College Community College District who is authorized and has agreed to accept service on behalf of the District Defendants, at kirsten.corey@scccd.edu.

1
DECLARATION OF DANIEL M. ORTNER REGARDING SERVICE

4. Thus, as of August 29, 2023, I, on Plaintiffs' behalf, have served a copy of the Court's order to all Defendants.

Executed under penalty of perjury on August 31, 2023.

                                Respectfully submitted,

                                /s/ Daniel M. Ortner
                                DANIEL M. ORTNER (California State Bar No. 329866)
                                daniel.ortner@thefire.org
                                FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION
                                510 Walnut Street, Suite 1250
                                Philadelphia, PA 19106
                                Telephone: (215) 717-3473
                                *Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I, Daniel M. Ortner, hereby certify that on August 31, 2023, I submitted the foregoing to the Clerk of the Court via the District Court's CM/ECF system. Notice of this filing will be sent by operation of the Court's electronic filing system to counsel for the State Defendants and they may access this filing through the Court's electronic filing system. This document will be served via email to Kirsten Corey (kirsten.corey@scccd.edu) the General Counsel of State College Community College District who is authorized and has agreed to accept service on behalf of the District Defendants.

/s/ Daniel M. Ortner
DANIEL M. ORTNER