UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO

| | |
|---|---|
| LOREN PALSGAARD; JAMES DRULEY; MICHAEL STANNARD; DAVID RICHARDSON; BILL BLANKEN; and LINDA DE MORALES,<br><br>Plaintiffs,<br><br>v.<br><br>SONYA CHRISTIAN, in her official capacity as the State Chancellor of California Community Colleges; AMY M. COSTA, HILDEGARDE B. AGUINALDO, DARIUS W. ANDERSON, ADRIENNE C. BROWN, TOM EPSTEIN, FELICIA ESCOBAR CARRILLO, JOLENA M. GRANDE, PAMELA HAYNES, ELENI KOUNALAKIS, HARRY LE GRANDE, PAUL MEDINA, JENNIFER L. PERRY, BILL RAWLINGS, MARY H. SALAS, BLAS VILLALOBOS, and JOSEPH R. WILLIAMS, in their official capacities as members of the Board of Governors of the California Community Colleges; CAROLE GOLDSMITH, in her official capacity as the Chancellor of State Center Community College District; and NASREEN JOHNSON, MAGDALENA GOMEZ, DANIELLE PARRA, RICHARD M. CAGLIA, ROBERT A. FUENTES, DEBORAH J. IKEDA, DESTINY RODRIGUEZ, and GERARDO REYES, in their official capacities as | Case No.: 1:23-CV-01228-ADA-CDB<br><br>Complaint Filed: August 17, 2023<br><br>**[PROPOSED] ORDER RE STIPULATION ON BRIEFING SCHEDULE FOR PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

1

[Proposed] Order

12155710.1 ST080-001

members of the Board of Trustees of the State Center Community College District,

Defendants.

## [PROPOSED] ORDER

Having considered the Stipulation of the Parties and the case file in this matter, and good cause appearing, the Court orders as follows:

1. Defendants' Opposition papers in response to Plaintiffs' Motion for Preliminary Injunction must be filed and served on or before September 13, 2023.
2. Plaintiff's Reply papers in support of the Motion must be filed on or before September 25, 2023.
3. The hearing on Plaintiffs' Motion for Preliminary Injunction remains set for October 2, 2023, at 1:30 p.m.

IT IS SO ORDERED.

Dated:_____   _____
                                          The Honorable Ana de Alba
                                          United States District Court Judge