INSTITUTE FOR FREE SPEECH
Alan Gura, SBN 178221
   agura@ifs.org
Endel Kolde, admitted pro hac vice
   dkolde@ifs.org
Courtney Corbello, admitted pro hac vice+
   ccorbello@ifs.org
1150 Connecticut Avenue, N.W., Suite 801
Washington, DC 20036
Phone: 202.967.0007
Fax:    202.301.3399

Attorneys for Plaintiff Daymon Johnson

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

DAYMON JOHNSON,

    *Plaintiff,*

    v.

STEVE WATKIN, et al.,

    *Defendants*.

Case No. 1:23-cv-00848-CDB

DECLARATION

I, Courtney Corbello, declare the following:

1. On June 2, 2023, this Court issued an order setting a mandatory scheduling conference for August 29, 2023 at 9:00 a.m. at the United States Federal Courthouse in Bakersfield, CA. Dkt. 5 at 1.

2. The order required Plaintiff to promptly provide Defendants with notice of the scheduling conference. Dkt. 5 at 2.

3. After I arranged and confirmed the completion of service of Plaintiff's First Amended Complaint and Preliminary Injunction Motion on Defendants (*see* Dkt. 25), I then proceeded to provide Defendants with notice of the Court's order and the scheduling conference setting.

4. I sent the Court's order (Dkt. 5) and attachments (Dkt. 5-1−5-4) to all Defendants on July 24, 2023. First, I sent the order via email to (A) Christian Hootman, agent for service of process for the KCCD Defendants, at Christian.Hootman@kccd.edu; (B) Defendant Sonya Christian, who was personally served on July 19, 2023, at the Chancellor's office email address: info@cccco.edu; and (C) the California Attorney General's Office to the public inquiry unit – the only email address I was able to find – at piu@doj.ca.gov, which was done in the event Chancellor Christian has obtained or will obtain representation from the OAG.

4. Second, I sent a hard copy version of the Court's order via USPS mail to the above-named at the following addresses, respectively:

>Christian Hootman
>Human Resources
>Kern Community College District
>2100 Chester Avenue
>Bakersfield, CA 93301

>Chancellor Sonya Christian
>California Community Colleges Chancellor's Office
>1102 Q Street, Suite 4400
>Sacramento, CA 95811

>Office of the Attorney General
>1300 "I" Street
>Sacramento, CA 95814-2919

5. Thus, as of July 24, 2023, I, on Plaintiff's behalf, have sent a copy of the Court's order to all Defendants.

Executed under penalty of perjury on July 25, 2023.

>*/s/ Courtney Corbello*
>Courtney Corbello
>Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on July 25, 2023, I caused a copy of the foregoing to be served upon all parties via email to:

Christian Hootman

1 | Agent for service of process for KCCD Defendants
christian.hootman@kccd.edu

Chancellor Sonya Christian
California Community Colleges Chancellor
info@cccco.edu

Public Inquiry Unit
California Attorney General's Office
piu@doj.ca.gov

          *s/Courtney Corbello*
Courtney Corbello