1  ROB BONTA, State Bar No. 202668
Attorney General of California
2  ANYA M. BINSACCA, State Bar No. 189613
Supervising Deputy Attorney General
3  JAY C. RUSSELL, State Bar No. 122626
JANE E. REILLEY, State Bar No. 314766
4  Deputy Attorneys General
  455 Golden Gate Avenue, Suite 11000
5  San Francisco, CA  94102-7004
  Telephone:  (415) 510-3617
6  Fax:  (415) 703-5843
  E-mail:  Jay.Russell@doj.ca.gov
7          Jane.Reilley@doj.ca.gov
*Attorneys for Sonya Christian, in her official*
8  *capacity as Chancellor of the California Community*
*Colleges*

9

IN THE UNITED STATES DISTRICT COURT

10

FOR THE EASTERN DISTRICT OF CALIFORNIA

11

BAKERSFIELD DIVISION

12

13

14

15  **DAYMON JOHNSON ,**                           1:23-cv-00848-CDB

16                                    Plaintiff,   **NOTICE OF APPEARANCE**

17            v.

18  **STEVE WATKIN, et al.**

19                                  Defendants.

20

21

22      The California Attorney General, counsel for Sonya Christian, named in her official

23  capacity as Chancellor of the California Community Colleges, files this Notice of Appearance to

24  inform the Court of assigned counsel for Defendant Christian in this proceeding.

25

26

27

28  ///

1

1    Defendant notifies the Court that the attorneys with principal charge of the case are as

2   follows:

3

4       Jay C. Russell, Deputy Attorney General
        Jane E. Reilley, Deputy Attorney General
5       455 Golden Gate Avenue, Suite 11000
        San Francisco, CA  94102-7004
6       Telephone:  (415) 510-3617
        E-mail:  Jay.Russell@doj.ca.gov
7               Jane. Reilley@doj.ca.gov

8

9   Dated:  August 11, 2023                    Respectfully submitted,

10                                             ROB BONTA
                                               Attorney General of California
11                                             ANYA M. BINSACCA
                                               Supervising Deputy Attorney General
12

13

14                                             /s/ Jay C. Russsell
                                               JAY C. RUSSELL
15                                             JANE E. REILLEY
                                               Deputy Attorneys General
16                                             Attorneys for Sonya Christian, in her official
                                               capacity as Chancellor of the California
                                               Community Colleges
17  SA2023303989
    USDC Eastern - Notice of Appearance.docx
18

19

20

21

22

23

24

25

26

27

28

2

# CERTIFICATE OF SERVICE

Case Name:  ***Johnson, Daymon v. Watkin, Steve, et al.***          Case No.   **1:23-cv-00848-CDB**

I hereby certify that on <u>August 11, 2023</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

- **NOTICE OF APPEARANCE**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>August 11, 2023</u>, at San Francisco, California.

<table>
<tr><td>M. Mendiola</td><td></td></tr>
<tr><td>Declarant</td><td>Signature</td></tr>
</table>

SA2023303989
43835846.docx