UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOREN PALSGAARD, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>SONYA CHRISTIAN, *et al.*,<br><br>    Defendants. | Case No. 1:23-cv-01228-ADA-CDB<br><br>ORDER ON STIPULATION EXTENDING DEFENDANTS' DEADLINE TO RESPOND TO PLAINTIFFS' COMPLAINT AND BRIEFING SCHEDULE ON ANY MOTION TO DISMISS<br><br>(Doc. 36) |

On August 17, 2023, Plaintiffs filed a complaint for declaratory and injunctive relief against Defendants. (Doc. 1). Plaintiffs filed a motion for preliminary injunction on August 23, 2023. (Doc. 13). On September 13, 2023, Defendants filed oppositions to the motion for preliminary injunction. (Docs. 23-24). Plaintiffs filed a consolidated reply in support of their motion for preliminary injunction on September 13, 2023. (Doc. 29).

Pending before the Court is the parties' stipulation to extend the time for Defendants to file and serve their responses to the complaint. (Doc. 36). Accordingly in light of the stipulation and good cause appearing:

1. Defendants' time to respond to Plaintiffs' complaint shall be extended from November 16, 2023, to December 15, 2023;
2. Plaintiffs' opposition papers in response to any motion to dismiss by Defendants

shall be filed by January 19, 2024;

3. Any reply papers by Defendants in further support of any motion to dismiss shall be filed by February 9, 2024; and

4. Pursuant to the assigned district judge's standing order and Local Rule 230(g), any motion to dismiss filed by Defendants will be decided on the papers. No hearing will be calendared.

IT IS SO ORDERED.

Dated: **November 16, 2023**

_____
UNITED STATES MAGISTRATE JUDGE