DANIEL M. ORTNER (California State Bar No. 329866)
daniel.ortner@thefire.org
FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION
510 Walnut Street, Suite 1250
Philadelphia, PA 19106
Telephone: (215) 717-3473
*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DISTRICT

| | |
|---|---|
| LOREN PALSGAARD, ET AL., <br><br> *Plaintiffs,* <br><br> v. <br><br> SONYA CHRISTIAN, ET AL., <br><br> *Defendants.* | Civil Action No.: <br> 1:23-cv-01228-ADA-CDB <br><br> **PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY** <br><br> Date: TBD <br> Time: TBD <br> Place: Courtroom 1, 8th Floor <br> Judge: The Honorable Ana de Alba |

Pursuant to Local Rule 230(m)(2) Plaintiffs respectfully file this notice of supplemental authority to bring the Court's attention to U.S. Magistrate Judge Christopher D. Baker's report and recommendation in *Johnson v. Watkin, et al.*, Case 1:23-cv-00848-ADA-CDB (E.D. Cal), ECF No. 70.

The *Johnson* case involves a challenge to California Community Colleges' DEIA Rules brought by a professor in the Kern Community College District. Judge Baker concludes that the DEIA Rules likely violate the First Amendment of the U.S. Constitution and recommends the issuance of a preliminary injunction against their enforcement. This judicial opinion, issued after Plaintiffs filed their Reply (ECF No. 29), is therefore relevant to Plaintiffs' Motion for Preliminary Injunction against the DEIA Rules (ECF No. 13).[1]

Dated: Nov. 17, 2023

Respectfully submitted,

/s/ Daniel M. Ortner
DANIEL M. ORTNER (California State Bar No. 329866)
daniel.ortner@thefire.org
FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION
510 Walnut Street, Suite 1250
Philadelphia, PA 19106
Telephone: (215) 717-3473
*Counsel for Plaintiffs*

---

[1] Judge Baker's opinion is attached as Exhibit A.

**CERTIFICATE OF SERVICE**

I, Daniel M. Ortner, hereby certify that on November 17, 2023, I submitted the foregoing to the Clerk of the Court via the District Court's CM/ECF system, and that this document will be served on all the Defendants via the CM/ECF system.

/s/ Daniel M. Ortner
DANIEL M. ORTNER