ROB BONTA, State Bar No. 202668
Attorney General of California
ANYA M. BINSACCA, State Bar No. 189613
Supervising Deputy Attorney General
JAY C. RUSSELL, State Bar No. 122626
JANE REILLEY, State Bar No. 314766
Deputy Attorney General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 510-3879
  Fax:  (415) 703-5480
  E-mail:  Jane.Reilley@doj.ca.gov
*Attorneys for Defendants
Sonya Christian, in her official capacity as
Chancellor of the California Community Colleges;
Amy M. Costa, Hildegarde B. Aguinaldo, Darius W.
Anderson, Adrienne C. Brown, Tom Epstein, Felicia
Escobar Carrillo, Jolena M. Grande, Pamela
Haynes, Eleni Kounalakis, Harry Le Grande, Paul
Medina, Jennifer L. Perry, Bill Rawlings, Mary H.
Salas, Blas Villalobos, and Joseph R. Williams, in
their official capacities as members of the Board of
Governors of the California Community Colleges*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LOREN PALSGAARD, et al.,**<br><br>                           Plaintiffs,<br><br>v.<br><br>**SONYA CHRISTIAN, et al.,**<br><br>                           Defendants. | 1:23-cv-01228-NODJ-CDB<br><br>**STATE DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS**<br>**[Fed. R. Civ. Pro. 12(b)]**<br><br>Date:          February 28 2024<br>Time:         9:00 AM<br>Dept:         Courtroom 5<br>Judge:        No District Court Judge<br>Trial Date:   Not Scheduled<br>Action Filed: August 17, 2023 |

TO THE COURT, ALL PARTIES AND THEIR COUNSEL:

PLEASE TAKE NOTICE that on Wednesday, February 28, 2024, at 9:00 AM, or as soon thereafter as the matter may be heard in Courtroom 5 of the above-entitled Court, located at the Robert E. Coyle United States Courthouse, 2500 Tulare Street, Fresno, California 93721, Defendants Sonya Christian, M. Costa, Hildegarde B. Aguinaldo, Darius W. Anderson, Adrienne C. Brown, Tom Epstein, Felicia Escobar Carrillo, Jolena M. Grande, Pamela Haynes, Eleni Kounalakis, Harry Le Grande, Paul Medina, Jennifer L. Perry, Bill Rawlings, Mary H. Salas, Blas Villalobos, and Joseph R. Williams (the State Defendants) will and hereby do move this Court to dismiss Plaintiffs Loren Palsgaard, James Druley, Michael Stannard, David Richardson, Bill Blanken, and Linda de Morales' (Plaintiffs) Complaint for Declaratory and Injunctive Relief (ECF No. 1).  This motion to dismiss is made under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) on the grounds that the Complaint fails to state a claim upon which relief can be granted.  Plaintiffs lack standing to assert their First Amendment complaints against the State Defendants because the state regulations they challenge neither apply directly to Plaintiffs nor create any imminent risk that the State Defendants will harm them.  And Plaintiffs' Complaint fails to state a plausible claim for relief against the State Defendants.

      This motion is based on this Notice of Motion and Motion, the attached Memorandum of Points and Authorities, the supporting Declaration of Jay C. Russell, the papers and pleadings on file, and upon such matters that may be submitted at the hearing.

Dated:  December 15, 2023

Respectfully submitted,

ROB BONTA
Attorney General of California
ANYA M. BINSACCA
Supervising Deputy Attorney General


 /s/ *Jane Reilley*
JAY C. RUSSELL
JANE REILLEY
Deputy Attorney General
*Attorneys for Defendants*
*Sonya Christian, in her official capacity as Chancellor of the California Community Colleges; Amy M. Costa, Hildegarde B. Aguinaldo, Darius W. Anderson, Adrienne C. Brown, Tom Epstein, Felicia Escobar Carrillo, Jolena M. Grande, Pamela Haynes, Eleni Kounalakis, Harry Le Grande, Paul Medina, Jennifer L. Perry, Bill Rawlings, Mary H. Salas, Blas Villalobos, and Joseph R. Williams, in their official capacities as members of the Board of Governors of the California Community Colleges*

# CERTIFICATE OF SERVICE

Case Name: **Palsgaard, Loren, et al. v. Sonya Christian, et al.**   Case No. **1:23-cv-01228-ADA-CDB**

I hereby certify that on December 15, 2023, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

1. **STATE DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS**
2. **STATE DEFENDANTS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS PLAINTIFFS' COMPLAINT**
3. **DECLARATION OF JAY C. RUSSELL IN SUPPORT OF STATE DEFENDANTS' MOTION TO DISMISS**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on December 15, 2023, at San Francisco, California.

M. Mendiola
Declarant

*/s/ M. Mendiola*
Signature

SA2023304307
43996251.docx