ROB BONTA, State Bar No. 202668
Attorney General of California
ANYA M. BINSACCA, State Bar No. 189613
Supervising Deputy Attorney General
JAY C. RUSSELL, State Bar No. 122626
JANE REILLEY, State Bar No. 314766
Deputy Attorney General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 510-3879
  Fax:  (415) 703-5480
  E-mail:  Jane.Reilley@doj.ca.gov
*Attorneys for Defendants*
*Sonya Christian, in her official capacity as Chancellor of the California Community Colleges; Amy M. Costa, Hildegarde B. Aguinaldo, Darius W. Anderson, Adrienne C. Brown, Tom Epstein, Felicia Escobar Carrillo, Jolena M. Grande, Pamela Haynes, Eleni Kounalakis, Harry Le Grande, Paul Medina, Jennifer L. Perry, Bill Rawlings, Mary H. Salas, Blas Villalobos, and Joseph R. Williams, in their official capacities as members of the Board of Governors of the California Community Colleges*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LOREN PALSGAARD, et al.,**<br><br>                    Plaintiffs,<br><br>v.<br><br>**SONYA CHRISTIAN, et al.,**<br><br>                    Defendants. | 1:23-cv-01228-NODJ-CDB<br><br>**DECLARATION OF JAY C. RUSSELL IN SUPPORT OF STATE DEFENDANTS' MOTION TO DISMISS**<br><br>Date:          February 28, 2024<br>Time:         9:00 AM<br>Dept:         Courtroom 5<br>Judge:        No District Court Judge<br>Trial Date:   Not Scheduled<br>Action Filed: August 17, 2023 |

Decl. Jay C. Russell Supp. State Defendants' Motion to Dismiss (1:23-cv-01228-NODJ-CDB)

I, Jay C. Russell, declare:

1. I am an attorney admitted to practice before the courts of the State of California. I am employed by the California Attorney General's Office, and am counsel for Defendants Sonya Christian, in her official capacity as Chancellor of the California Community Colleges, and, Amy M. Costa, Hildegarde B. Aguinaldo, Darius W. Anderson, Adrienne C. Brown, Tom Epstein, Felicia Escobar Carrillo, Jolena M. Grande, Pamela Haynes, Eleni Kounalakis, Harry Le Grande, Paul Medina, Jennifer L. Perry, Bill Rawlings, Mary H. Salas, Blas Villalobos, and Joseph R. Williams, in their official capacities as members of the Board of Governors of the California Community Colleges (State Defendants). I am competent to testify to the matters set forth in this declaration and would do so if called upon by the court.

2. The February 23, 2023 Standing Order of former District Judge Ana I. de Alba, who presided over this matter prior to her elevation to the Ninth Circuit Court of Appeals, provides that before filing any motion, "counsel shall engage in a pre-filing meet and confer to thoroughly discuss the substance of the contemplated motion and any potential resolution."

3. On December 12, 2023, counsel for the parties met and conferred via video conference to discuss the State Defendants' anticipated motion to dismiss. The parties were unable to reach a resolution during that conference.

I declare under penalty of perjury of the laws of the State of California that the foregoing is true and correct. Signed on December 15, 2023 in San Francisco, California.

_____
Jay C. Russell

2

Decl. Jay C. Russell Supp. State Defendants' Motion to Dismiss (1:23-cv-01228-NODJ-CDB)