UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO

| | |
|---|---|
| LOREN PALSGAARD, et al.,<br><br>                Plaintiffs,<br><br>   v.<br><br>SONYA CHRISTIAN, in her official capacity as the State Chancellor of California Community Colleges, et al.,<br><br>                Defendants. | Case No.: 1:23-cv-01228-NODJ-CDB<br><br>Complaint Filed: August 17, 2023<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' VERIFIED COMPLAINT**<br><br>Date:      January 24, 2024<br>Time:     9:00 a.m.<br>Courtroom: 5, 7th Floor |

**[PROPOSED] ORDER**

The Court having considered the arguments and papers relevant to the Motion to Dismiss Plaintiffs' Verified Complaint filed by Defendants CAROLE GOLDSMITH, NASREEN JOHNSON, MAGDALENA GOMEZ, DANIELLE PARRA, RICHARD M. CAGLIA, ROBERT A. FUENTES, DEBORAH J. IKEDA, and DESTINY RODRIGUEZ (collectively "District Defendants") hereby GRANTS the District Defendants' Motion without leave to amend

IT IS SO ORDERED.

Dated: _____

                                          _____
                                          U.S. DISTRICT COURT JUDGE