DANIEL M. ORTNER (California State Bar No. 329866)
daniel.ortner@thefire.org
FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION
510 Walnut Street, Suite 900
Philadelphia, PA 19106
Telephone: (215) 717-3473
*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### FRESNO DISTRICT

| | |
|---|---|
| LOREN PALSGAARD, ET AL.,<br><br>*Plaintiffs,*<br><br>v.<br><br>SONYA CHRISTIAN, ET AL.,<br><br>*Defendants.* | Civil Action No.:<br><br>1:23-cv-01228-ADA-CDB<br><br>**STIPULATION RE: CONSOLIDATION OF BRIEF IN OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS** |

## **STIPULATION**

IT IS HEREBY STIPULATED by and between Plaintiffs LOREN PALSGAARD, JAMES DRULEY, MICHAEL STANNARD, DAVID RICHARDSON, BILL BLANKEN, and LINDA DE MORALES ("Plaintiffs") and Defendants SONYA CHRISTIAN, in her official capacity as the State Chancellor of California Community Colleges, AMY M. COSTA, HILDEGARDE B. AGUINALDO, DARIUS W. ANDERSON, ADRIENNE C. BROWN, TOM EPSTEIN, FELICIA ESCOBAR CARRILLO, JOLENA M. GRANDE, PAMELA HAYNES, ELENI KOUNALAKIS, HARRY LE GRANDE, PAUL MEDINA, JENNIFER L. PERRY, BILL RAWLINGS, MARY H. SALAS, BLAS VILLALOBOS, and JOSEPH R. WILLIAMS (the "State Defendants"), in their official capacities as members of the Board of Governors of the

California Community Colleges; CAROLE GOLDSMITH, in her official capacity as the Chancellor of State Center Community College District, NASREEN JOHNSON, MAGDALENA GOMEZ, DANIELLE PARRA, RICHARD M. CAGLIA, ROBERT A. FUENTES, DEBORAH J. IKEDA, AND DESTINY RODRIGUEZ, in their official capacities as members of the Board of Trustees of the State Center Community College District (the "District Defendants") (collectively "the Parties"), through their respective counsel of record as follows:

WHEREAS, Plaintiffs filed a Complaint in this matter on August 17, 2023 (ECF No. 1)

WHEREAS, The State Defendants and District Defendants each filed a motion to dismiss Plaintiffs complaint on December 15, 2023 (ECF No. 42 and 43).

WHEREAS Pursuant to Judge de Alba's standing order, Plaintiffs are entitled to an opposition brief of 20 pages to each of Defendants motions (Standing Order I.C.);

WHEREAS There is a substantial overlap in issues such that a single consolidated reply brief is in the interest of the Court and the Parties,

NOW THEREFORE, the Parties hereby request that the Court:

1. Allow Plaintiffs to file a single consolidated brief of 40 pages in opposition to the briefs of both the State Defendants and District Defendants.

| | | |
|---|---|---|
| Dated:  January 3, 2024 | | FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION |

By:     */s/ Daniel M. Ortner*
            Daniel M. Ortner
            Attorney for Plaintiffs

Dated:  January 3, 2024            OFFICE OF THE ATTORNEY GENERAL FOR THE STATE OF CALIFORNIA

By:     */s/ Jay C. Russell*
            Jay C. Russell
            Jane E. Reilley
            Attorneys for State Defendants

Dated:  January 3, 2024            LIEBERT CASSIDY WHITMORE

By:     */s/ David A. Urban*
            David A. Urban
            Morgan J. Johnson
            Mark H. Meyerhoff
            Attorneys for District Defendants