DANIEL M. ORTNER (California State Bar No. 329866)
daniel.ortner@thefire.org
FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION
510 Walnut Street, Suite 900
Philadelphia, PA 19106
Telephone: (215) 717-3473
*Attorney for Plaintiffs*

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DISTRICT**

| | |
|---|---|
| LOREN PALSGAARD, ET AL., <br><br> *Plaintiffs*, <br><br> v. <br><br> SONYA CHRISTIAN, ET AL., <br><br> *Defendants*. | Civil Action No.: <br> 1:23-cv-01228-ADA-CDB <br><br> **[PROPOSED] ORDER GRANTING STIPULATION RE: CONSOLIDATION OF OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS** |

**[PROPOSED] ORDER**

Having considered the Stipulation of the Parties and the case file in this matter, and good cause appearing, the Court orders as follows:

1. Plaintiffs may file one consolidated brief of 40 pages in opposition to Defendants' motions to dismiss.

IT IS SO ORDERED.

DATED this _____ day of _____, 2024.

_____
Hon. _____
United States District Judge