UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOREN PALSGAARD, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>SONYA CHRISTIAN, *et al.*,<br><br>　　　　Defendants. | Case No. 1:23-cv-01228-NODJ-CDB<br><br>ORDER ON STIPULATION RE: CONSOLIDATION OF BRIEFS IN OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS<br><br>(Doc. 45) |

　　　　On August 17, 2023, Plaintiffs Loren Palsgaard, James Druley, Michael Stannard, David Richardson, Bill Blanken, and Linda De Morales ("Plaintiffs") filed a complaint for declaratory and injunctive relief. (Doc. 1). On December 15, 2023, Defendants Hildegarde B. Aguinaldo, Darius W. Anderson, Adrienne C. Brown, Felicia Escobar Carrillo, Sonya Christian, Amy Costa, Tom Epstein, Jolena M. Grande, Pamela Haynes, Eleni Kounalakis, Harry Le Grande, Paul Medina, Jennifer L. Perry, Bill Rawlings, Mary H. Salas, Blas Villalobos, and Joseph R. Williams filed a motion to dismiss Plaintiff's complaint. (Doc. 42). That same day, Defendants Richard M. Caglia, Robert A. Fuentes, Carole Goldsmith, Magdalena Gomez, Deborah J. Ikeda, Nasreen Johnson, Danielle Parra, and Destiny Rodriguez separately filed a motion to dismiss Plaintiff's complaint. (Doc. 43).

　　　　Pending before the Court is the parties' stipulation for order regarding consolidation of briefs in opposition to Defendants' motion to dismiss. (Doc. 45). The parties note there is a

1  substantial overlap in issues such that a single, consolidated reply brief is in the interest of the
2  Court and the parties. *Id*. at 2.
3       Accordingly, in light of the parties' stipulation and good cause appearing, IT IS HEREBY
4  ORDERED, Plaintiffs may file a single, consolidated brief of forty (40) pages in opposition to
5  the motions to dismiss (Docs. 42-43).
6  IT IS SO ORDERED.

    Dated:   **January 4, 2024**

UNITED STATES MAGISTRATE JUDGE