Mark H. Meyerhoff, Bar No. 180414
mmeyerhoff@lcwlegal.com
David A. Urban, Bar No. 159633
durban@lcwlegal.com
Morgan J. Johnson, Bar No. 345620
mjohnson@lcwlegal.com
LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
6033 West Century Boulevard, 5th Floor
Los Angeles, California 90045
Telephone:    310.981.2000
Facsimile:     310.337.0837

Attorneys for Defendants CAROLE GOLDSMITH, NASREEN JOHNSON, MAGDALENA GOMEZ, DANIELLE PARRA, RICHARD M. CAGLIA, ROBERT A. FUENTES, DEBORAH J. IKEDA, and DESTINY RODRIGUEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO

| | |
|---|---|
| LOREN PALSGAARD; et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>SONYA CHRISTIAN, in her official capacity as the State Chancellor of California Community Colleges; et al.,<br><br>        Defendants. | Case No.:  1:23-cv-01228-ADA-CDB<br><br>Complaint Filed: August 17, 2023<br><br>**NOTICE OF SUPPLEMENTAL AUTHORITY** |

Pursuant to Local Rule 230(m)(2), Defendants Chancellor Carole Goldsmith, and Trustees Nasreen Johnson, Magdalena Gomez, Danielle Parra, Richard M. Caglia, Robert A. Fuentes, Deborah J. Ikeda, and Destiny Rodriguez (the "District Defendants") respectfully file this Notice of Supplemental Authority to bring the Court's attention to the United States Supreme Court's opinion in *Moody v. Netchoice, LLC*, No. 22-277, 603 U.S. __, slip op. 9 (July 1, 2024) ("NetChoice chose to litigate these cases as facial challenges, and that decision comes at a cost. . . . This Court has . . . made facial challenges hard to win" and "[t]hat is true even when a facial suit is based on the First Amendment . . . ."); *id.* at 30 ("Even in the First Amendment context, facial challenges are disfavored, . . .").

Dated: July 10, 2024                    LIEBERT CASSIDY WHITMORE


By:     */s/ David A. Urban*
        Mark H. Meyerhoff
        David A. Urban
        Morgan J. Johnson
        Attorneys for Defendants CAROLE GOLDSMITH, NASREEN JOHNSON, MAGDALENA GOMEZ, DANIELLE PARRA, RICHARD M. CAGLIA, ROBERT A. FUENTES, DEBORAH J. IKEDA, and DESTINY RODRIGUEZ

Liebert Cassidy Whitmore
A Professional Law Corporation
6033 West Century Boulevard, 5th Floor
Los Angeles, California 90045