1  DANIEL M. ORTNER (California State Bar No. 329866)
2  daniel.ortner@thefire.org
   FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION
3  510 Walnut Street, Suite 900
   Philadelphia, PA 19106
4  Telephone: (215) 717-3473
   *Counsel for Plaintiffs*
5

6  **UNITED STATES DISTRICT COURT
   EASTERN DISTRICT OF CALIFORNIA
7  FRESNO DISTRICT**

8

| | |
|---|---|
| 9  LOREN PALSGAARD, ET AL., | Civil Action No.: 1:23-cv-01228-KES-CDB |
| 10 | |
| 11    *Plaintiffs*, | |
|     v. | **NOTICE OF VOLUNTARY** |
| 12 | **DISMISSAL OF PLAINTIFF** |
|    SONYA CHRISTIAN, ET AL., | **MICHAEL STANNARD PURSUANT** |
| 13 | **TO FED. R. CIV. P. 41(a)(1)(A)(i)** |
|    *Defendants.* | |
| 14 | |
| 15 | Judge: The Honorable Kirk E. Sheriff |

16

17

18

19

20

21

22

23

24

25

26

27

28

1
NOTICE OF VOLUNTARY DISMISSAL OF PLAINTIFF MICHAEL STANNARD

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Michael Stannard voluntarily dismisses, without prejudice, all claims brought by him in the above-titled action against all defendants.

Dated: July 26, 2024

Respectfully submitted,

/s/ Daniel M. Ortner
DANIEL M. ORTNER (California State Bar No. 329866)
daniel.ortner@thefire.org
FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION
510 Walnut Street, Suite 900
Philadelphia, PA 19106
Telephone: (215) 717-3473
*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

    I, Daniel M. Ortner, hereby certify that on July 26, 2024, I submitted the foregoing to the Clerk of the Court via the District Court's CM/ECF system. Notice of this filing will be sent by operation of the Court's electronic filing system to counsel for all Defendants.

<u>/s/ Daniel M. Ortner</u>
DANIEL M. ORTNER