Mark H. Meyerhoff, Bar No. 180414
mmeyerhoff@lcwlegal.com
David A. Urban, Bar No. 159633
durban@lcwlegal.com
Morgan J. Johnson, Bar No. 345620
mjohnson@lcwlegal.com
LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
6033 West Century Boulevard, 5th Floor
Los Angeles, California 90045
Telephone:   310.981.2000
Facsimile:    310.337.0837

Attorneys for Defendants CAROLE GOLDSMITH, NASREEN JOHNSON, MAGDALENA GOMEZ, DANIELLE PARRA, RICHARD M. CAGLIA, ROBERT A. FUENTES, DEBORAH J. IKEDA, and DESTINY RODRIGUEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO

| LOREN PALSGAARD; et al., | Case No.: 1:23-cv-01228-ADA-CDB |
|---|---|
| Plaintiffs, | Complaint Filed: August 17, 2023 |
| v. | **NOTICE OF SUPPLEMENTAL AUTHORITY** |
| SONYA CHRISTIAN, in her official capacity as the State Chancellor of California Community Colleges; et al., | |
| Defendants. | |

Pursuant to Local Rule 230(m)(2), Defendants Chancellor Carole Goldsmith, and Trustees Nasreen Johnson, Magdalena Gomez, Danielle Parra, Richard M. Caglia, Robert A. Fuentes, Deborah J. Ikeda, and Destiny Rodriguez (the "District Defendants") respectfully file this Notice of Supplemental Authority to bring the Court's attention to the order issued by the United States District Court for the Southern District of Indiana in *Carr v. Trs. of Purdue Univ.*, No. 1:24-cv-00772-SEB-MJD, 2024 U.S. Dist. LEXIS 144534 (S.D. Ind. Aug. 14, 2024) (dismissing Plaintiff faculty members' pre-enforcement § 1983 First Amendment challenge to a state law tying tenure and promotion decisions to an evaluation of whether a faculty member's pedagogy aligns with principles of free inquiry, free expression, and intellectual diversity and denying Plaintiffs'

///

///

1

preliminary injunction motion because Plaintiffs' premature speculation and conjecture as to how the challenged law might be interpreted and applied was insufficient to establish Article III standing).

Dated:  August 23, 2024              LIEBERT CASSIDY WHITMORE

                              By:    /s/ MORGAN J. JOHNSON
                                     Mark H. Meyerhoff
                                     David A. Urban
                                     Morgan J. Johnson
                                     Attorneys for Defendants CAROLE GOLDSMITH, NASREEN JOHNSON, MAGDALENA GOMEZ, DANIELLE PARRA, RICHARD M. CAGLIA, ROBERT A. FUENTES, DEBORAH J. IKEDA, and DESTINY RODRIGUEZ