

September 25, 2024

<u>**Via ECF**</u>
The Honorable Kirk E. Sherriff
United States District Court for the Eastern District of California, Fresno Division
Robert E. Coyle United States Courthouse
2500 Tulare Street
Fresno, California, 93721

Re:   *Palsgaard, et. al. v. Christian, et. al.*, No. 1:23-cv-01228-KES-CDB

Dear Judge Sherriff:

I represent Plaintiffs Loren Palsgaard, James Druley, David Richardson, Bill Blanken, and Linda De Morales in the above-captioned action. As you are aware, Plaintiffs filed their Verified Complaint in this matter on August 17, 2023. (Verified Compl., ECF No. 1.) I write, with opposing counsel copied, to inform the Court of a recent factual development concerning Mr. Druley.

At the time of the filing of the Verified Complaint and related Motion for Preliminary Injunction, Mr. Druley was employed full-time as a tenured philosophy instructor at Madera Community College. *Id.* at ¶¶ 24–25. He has now retired from full-time teaching after 25 years of academic service to Madera.

However, Mr. Druley plans to resume teaching philosophy on a part-time basis as early as Spring 2025. Mr. Druley's academic dean informed him on at least two separate occasions prior to his retirement that the school will likely have a spot for him to teach at least one and up to three courses starting in Spring 2025.

Mr. Druley's will find out no later than mid-October 2024 if there is an available teaching position for the Spring 2025 semester. If there is an opening, Mr. Druley will submit an application for the position. Based on his 25 years of experience at Madera, Mr. Druley expects that if a part-time spot is available and he submits an application, he would be the most qualified candidate. But Mr. Druley's application for part-time employment at Madera Community College is governed by the Diversity, Equity, Inclusion, and Accessibility (DEIA) rules Plaintiffs are challenging in this case, which means that Mr. Druley could be rejected as a result of his viewpoint and his opposition to including concepts such

The Honorable Kirk E. Sherriff
United States District Court for the Eastern District of California
September 25, 2024
Page 2 of 2

as anti-racism and intersectionality in his lessons. What is more, even if hired part-time, Mr. Druley will continue to be governed by the DEIA Rules (as incorporated into State Center's part-time faculty contract).

I will update the Court as soon as Mr. Druley has more clarity regarding his status for the spring 2025 semester. If Mr. Druley is hired as for a part-time position, we will seek leave to file a supplement to the Verified Complaint noting the change. If Mr. Druley is not hired, we may seek leave to file a supplement to the Verified Complaint challenging the DEIA Rules as it pertains to the rules' use in hiring. If Mr. Druley elects not to pursue such claims, we will promptly file a notice of voluntary dismissal of his claims under Fed. R. Civ. P. 41(a)(1)(A)(i).

Sincerely,

DANIEL M. ORTNER
FOUNDATION FOR INDIVIDUAL
  RIGHTS AND EXPRESSION
*Counsel of Record*
510 Walnut Street, Suite 900
Philadelphia, Pennsylvania 19106
(215) 717-3473
daniel.ortner@thefire.org

*Attorney for Plaintiffs*

cc:   All Counsel of Record via ECF