DANIEL M. ORTNER (California State Bar No. 329866)
daniel.ortner@thefire.org
FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION
510 Walnut Street, Suite 900
Philadelphia, PA 19106
Telephone: (215) 717-3473
*Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DISTRICT**

| | |
|---|---|
| LOREN PALSGAARD, ET AL.,<br><br>*Plaintiffs*,<br>v.<br><br>SONYA CHRISTIAN, ET AL.,<br><br>*Defendants.* | Civil Action No.:<br>1:23-cv-01228-KES-CDB<br><br>**PLAINTIFFS' MOTION FOR ADMINISTRATIVE RELIEF FOR LEAVE TO FILE SUPPLEMENTAL BRIEF REGARDING JOHNSON v. WATKIN**<br><br>Judge: The Honorable Kirk E. Sheriff |

Pursuant to this Court's Standing Order in Civil Cases § I.B and Local Rule 233, Plaintiffs respectfully file this motion for administrative relief for leave to file a supplemental brief on the impact of the Court's recent decision in *Johnson v. Watkins*, No. 1:23-cv-00848-KES-CDB, 2024 WL 4264007 (E.D. Cal. Sept. 23, 2024). In that case, a professor in a different California Community College district brought a pre-enforcement First Amendment challenge to the same systemwide regulations at issue in the instant litigation. The Court granted the defendants' motions to dismiss, finding the plaintiff lacked standing, and denied his preliminary injunction motion as moot.

Plaintiffs here believe the facts alleged in their verified complaint materially distinguish their lawsuit from *Johnson* in ways that directly bear on the Court's rationale for dismissing that case. Accordingly, Plaintiffs seek leave to file a short brief addressing the differences between the two cases and explaining how the *Johnson* decision impacts the State and District Defendants' pending motions to dismiss this case (ECF Nos. 42, 43) and Plaintiffs' pending motion for preliminary injunction (ECF No. 13). Plaintiffs request permission to file a brief of not more than 7 pages by October 18, 2024.[1] A proposed order is attached.

Dated: September 27, 2024

Respectfully submitted,

/s/ Daniel M. Ortner
DANIEL M. ORTNER (California State Bar No. 329866)
daniel.ortner@thefire.org
FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION
510 Walnut Street, Suite 900
Philadelphia, PA 19106
Telephone: (215) 717-3473
*Counsel for Plaintiffs*

---

[1] Defendants declined Plaintiffs' request to file a joint motion for supplemental briefs and are opposed to this request

**CERTIFICATE OF SERVICE**

I, Daniel M. Ortner, hereby certify that on September 27, 2024, I submitted the foregoing to the Clerk of the Court via the District Court's CM/ECF system. Notice of this filing will be sent by operation of the Court's electronic filing system to counsel for all Defendants.

/s/ Daniel M. Ortner
DANIEL M. ORTNER