1  DANIEL M. ORTNER (California State Bar No. 329866)
2  daniel.ortner@thefire.org
   FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION
3  510 Walnut Street, Suite 900
   Philadelphia, PA 19106
4  Telephone: (215) 717-3473
   *Counsel for Plaintiffs*
5

6              **UNITED STATES DISTRICT COURT**
               **EASTERN DISTRICT OF CALIFORNIA**
7                    **FRESNO DISTRICT**

8

| | |
|---|---|
| 9  LOREN PALSGAARD, ET AL., | Civil Action No.: 1:23-cv-01228-KES-CDB |
| 10 | |
| 11  *Plaintiffs*, | |
| 12  v. | **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR ADMINISTRATIVE RELIEF FOR LEAVE TO FILE SUPPLEMENTAL BRIEF REGARDING JOHNSON v. WATKIN** |
| 13  SONYA CHRISTIAN, ET AL., | |
| 14  *Defendants*. | |
| 15 | |
| 16 | |
| 17 | Judge: The Honorable Kirk E. Sheriff |

1

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF

**[PROPOSED] ORDER**

Having considered Plaintiffs' Motion for Leave to File Supplemental Briefing and the case file in this matter, and good cause appearing, the Court orders as follows:

1. Plaintiffs may file a supplemental brief of not more than seven pages by October 18, 2024.
2. The brief shall address the impacts of the decision of *Johnson v. Watkins*, No. 1:23-cv-00848-KES-CDB, 2024 WL 4264007 (E.D. Cal. Sept. 23, 2024), on the State and District Defendants' pending motions to dismiss this case (ECF Nos. 42, 43) and on Plaintiffs' pending motion for preliminary injunction (ECF No. 13).

IT IS SO ORDERED.

DATED this _____ day of _____, 2024.

_____
Hon. Kirk E. Sherriff
United States District Judge