# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOREN PALSGAARD, ET AL.,, <br><br> Plaintiffs, <br><br> v. <br><br> SONYA CHRISTIAN, ET AL., <br><br> Defendants. | No. 1:23-cv-01228-KES-CDB <br><br> **ORDER GRANTING PLAINTIFFS' MOTION FOR ADMINISTRATIVE RELIEF FOR LEAVE TO FILE SUPPLEMENTAL BRIEF** |

Having considered Plaintiffs' motion for leave to file supplemental briefing and the case file in this matter, and good cause appearing, the Court orders as follows:

1. Plaintiffs' motion for leave to file supplemental briefing, Doc. 60, is granted;
2. Plaintiffs may file a supplemental brief of not more than seven pages by October 18, 2024, addressing the matters identified in Plaintiffs' motion (Doc. 60) regarding Defendants' pending motions to dismiss this case (Docs. 42, 43) and Plaintiffs' pending motion for preliminary injunction (Doc. 13);
3. Defendants may file a response of not more than seven pages to Plaintiffs' supplemental brief by November 1, 2024.

IT IS SO ORDERED.

   Dated:   September 30, 2024            _____
                                          UNITED STATES DISTRICT JUDGE

1