DANIEL M. ORTNER (California State Bar No. 329866)
daniel.ortner@thefire.org
FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION
510 Walnut Street, Suite 900
Philadelphia, PA 19106
Telephone: (215) 717-3473
*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DISTRICT

| | |
|---|---|
| LOREN PALSGAARD, ET AL.,<br><br>*Plaintiffs*,<br>v.<br><br>SONYA CHRISTIAN, ET AL.,<br><br>*Defendants.* | Civil Action No.:<br>1:23-cv-01228-KES-CDB<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF PLAINTIFF JAMES DRULEY PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**<br><br>Judge: The Honorable Kirk E. Sheriff |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff James Druley voluntarily dismisses, without prejudice, his claims in the above-titled action against all Defendants because he is no longer employed by Madera Community College. Druley's allegations in the Verified Complaint remain accurate statements regarding the impact of the challenged rules on faculty, sworn under penalty of perjury [Verified Complaint, ECF No. 1 at 54], that Plaintiffs continue to rely on for their preliminary injunction motion.

Dated: October 31, 2024

Respectfully submitted,

/s/ Daniel M. Ortner
DANIEL M. ORTNER (California State Bar No. 329866)
daniel.ortner@thefire.org
FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION
510 Walnut Street, Suite 900
Philadelphia, PA 19106
Telephone: (215) 717-3473
*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I, Daniel M. Ortner, hereby certify that on October 31, 2024, I submitted the foregoing to the Clerk of the Court via the District Court's CM/ECF system. Notice of this filing will be sent by operation of the Court's electronic filing system to counsel for all Defendants.

/s/ Daniel M. Ortner
DANIEL M. ORTNER